614

372 A.2d 429
Commonwealth v. Smith, Appellant.

Argued December 6, 1976.   Frederick O. Brubaker, for appellant;  Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.

372 A.2d 429
Commonwealth v. Stewart, Appellant.

Argued December 10, 1976.   Gerald A. Stein, with him Needleman, Needleman, Tabb & Eisman, for appellant;  Eric B. Henson, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.